AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ NORTHERN _____ DISTRICT OF _____ OHIO, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

THOMAS KLOCKER

**WAIVER OF INDICTMENT**

CASE NUMBER: **1:08CR403**

**JUDGE POLSTER**

I, _____ Thomas Klocker _____, the above named defendant, who is accused of

Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court

on _____ prosecution by indictment and consent that the proceeding may be by
　　　　　　　_Date_

information rather than by indictment.

_____ Thomas F. Klocker _____ 9-29-08
_Defendant_

_____ John G. Pyle _____ 9-29-08
_Counsel for Defendant_

**Before** _____
　　　　　　　　_Judicial Officer_